## 35690. EDMUND v. ODUM et al.

NICHOLS, Chief Justice.

The trial court erred in applying Code Ann. § 95A-619 (b) because the county merely was *relocating* a part of a road that *still was in use* by the public. That section applies only when the county is *abandoning* all or part of a road that no longer serves a substantial public purpose because it *no longer is being used* by the public. *Miller v. Lanier County,* 243 Ga. 58 (252 SE2d 909) (1979).

*Judgment reversed. All the Justices concur.*

ARGUED JANUARY 15, 1980 — DECIDED FEBRUARY 20, 1980 — REHEARING DENIED MARCH 4, 1980.

*Gibbs, Leaphart & Smith, T. Alvin Leaphart,* for appellant.

*Dickey, Whelchel, Miles & Brown, J. Thomas Whelchel,* for appellees.